Argued September 12, affirmed September 19, 1962

## TWILLEAGER *v.* RIHN
### 374 P. 2d 402

*Robert L. Olson,* Portland, argued the cause and filed a brief for appellant.

*Walter J. Cosgrave,* Portland, argued the cause for respondent. With him on the brief were Maguire, Shields, Morrison, Bailey & Kester.

Before McAllister, Chief Justice, and Sloan, O'Connell, Goodwin and Lusk, Justices.

### PER CURIAM

This is an appeal by the plaintiff from an adverse judgment, based on the verdict of a jury, in a personal injury action arising out of a collision between two automobiles in one of which the plaintiff was a passenger. The assignments of error are on their face so utterly devoid of merit as not to warrant discussion.

The judgment is affirmed.